# UNITED STATES BANKRUPTCY COURT

Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

## NOTICE OF FILING OF CLAIM FOR CLAIM NO. 14

Case No.: 10–40683  IN RE (NAME OF DEBTOR)
Chapter:13  Wakita M. Martin    SSN: xxx–xx–7526
 Kita Martin    SSN:

NAME/ADDRESS OF CREDITOR
US Bank Home Mortgage
4801 Frederica Street
Owensboro KY 42301
42301

ADDRESS OF DEBTOR
10012 Pepper Ln
St Louis, MO 63136

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Steven Keith Brown
1221 Locust, Ste. 500
St. Louis, MO 63103

NAME/ADDRESS OF TRUSTEE
John V. LaBarge
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Comes now the Trustee or Debtor(s) through his/her Attorney and files a proof of claim.

Notice is hereby given in accordance with the provisions of Bankruptcy Rule 3004 that a proof of claim in your name was FILED ON **06/18/2010** by the Debtor or Trustee in the above referenced case pursuant to Section 501(c) of Title 11, United States Code, setting forth the following to be owed to you by the Debtors
**The SUM OF  $ 52106.49 secured**
**Claim TOTAL $ 52106.49**
You are further notified that you may file a proof of claim pursuant to Bankruptcy Rule 3002 or Bankruptcy Rule 3003 within the time prescribed therein, which proof when filed shall supersede the proof of claim filed by the Debtor or Trustee.

This proof of claim is not intended to supersede any claim previously filed by this creditor and shall be void and of no effect if the creditor has previously filed a proof of claim.
For the Court:

Dana C. McWay   06/18/2010
Clerk of the Bankruptcy Court   Date