UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO: 10-40683-659   Chapter 13 |
| | ) | |
| WAKITA M MARTIN | ) | Re: Objection to Claim 14-1 filed by |
| | ) | US BANK HOME MORTGAGE |
| | ) | Acct: 8931 |
| Debtor(s) | ) | Amount: $ 52,106.49 |
| | ) | Response Due: Jul 13, 2010 |

**TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 14-1**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in bankruptcy, and for his objection to claim states as follows:

The claim of US BANK HOME MORTGAGE dated Jun 18, 2010 SHOULD BE DENIED AS FILED BECAUSE THERE IS NO EVIDENCE OF INDEBTEDNESS AND NO EVIDENCE OF SECURITY AGREEMENT. THE CLAIM WAS NOT ACCOMPANIED BY THE NOTE AND THE RECORDED DEED OF TRUST.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or by ordinary mail, postage pre-paid, on this day of June 22, 2010.

/s/ John V. LaBarge, Jr.

STEVEN K BROWN
1221 LOCUST
STE 500
ST LOUIS MO
63103

John V LaBarge Jr
Chapter 13 Trustee   trust33@ch13st1.com
JS P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax:(314) 781-8881

W MARTIN
10012 PEPPER LANE
JS
SAINT LOUIS MO
63136

US BANK HOME MORTGAGE
4801 FREDERICA ST
JS
OWENSBORO KY    42301

JS -159